Opinion issued March 13, 2003







In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00730-CR

____________


EX PARTE MARK ALLEN KEY, Appellant








On Appeal from the 155th District Court 

Harris County, Texas

Trial Court Cause No. 00-11-10642






MEMORANDUM OPINION

 Because no brief had been filed for appellant, on December 17, 2002, we
abated this appeal and ordered a hearing in the trial court. Among the issues the trial
judge was to consider was whether appellant desired to prosecute the appeal. The
record of that hearing has been filed in this Court. At the hearing, appellant stated
that he wished to withdraw this appeal.

 No written motion to withdraw the appeal has been filed. See Tex. R. App. P.
42.2(a). However, we believe that good cause exists to suspend the operation of Rule
42.2(a) in this case in accordance with Rule 2. See Tex. R. App. P. 2. We have not
yet issued a decision. Accordingly, the appeal is dismissed. 

 The clerk of this Court is directed to issue mandate immediately. Tex. R. App.
P. 18.1.

PER CURIAM

Panel consists of Chief Justice Radack and Justices Nuchia and Hanks. 

Do not publish. Tex. R. App. P. 47.